MARY WITTNER v. BURR AVENUE DEVELOPMENT CORPORATION and Others.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

EDWIN B. MASON v. ELSIE ASCHER, Individually and as Administratrix, etc., of SIDNEY ASCHER, Deceased.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JOSEPH CAMPANARO, Alias JOSEPH CARONE.— Motion granted and the time for the appellant to bring on his appeal for argument enlarged until November 1, 1927. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

INSURANCE COMPANY OF NORTH AMERICA v. DANIEL G. WHITLOCK and Others.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Judicial Settlement of the Account of WILLIAM MUSS ARNOLT and Another, as Executors, etc., of CHARLOTTE FRANCES LOUISE ARNOLT, Deceased. WILLIAM MUSS ARNOLT and Others, Appellants.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

RELIABLE PIECE DYE WORKS, INC., v. MYLES REALTY COMPANY and Another.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

DOROTHY FURMAN v. DAVID W. CADE.— Motion granted, with ten dollars costs to the respondent, and motion for an order extending the time of filing the appeal papers denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ELIZABETH SIEGEL v. SOLOMON SCHATZ.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. CLARENCE WILLIAM MORGAN-STERN and Others.— Motion granted to the extent of enlarging defendants' time to bring on appeal for argument until November 1, 1927, only. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

EDWARD H. KLEIN, Appellant, v. H. S. H. HOLDING CORPORATION and Others, Respondents.— Judgment affirmed, with costs separately to the respondents appearing by separate attorneys and filing briefs herein. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

EDWARD H. KLEIN, Appellant, v. H. S. H. HOLDING CORPORATION and Others, Respondents.— Judgment affirmed, with costs separately to the respondents appearing by separate attorneys and filing briefs herein. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

EDWARD H. KLEIN, Appellant, v. H. S. H. HOLDING CORPORATION and Others, Respondents.— Judgment affirmed, with costs separately to the respondents appearing by separate attorneys and filing briefs herein. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE UNITED STATES PRINTING AND LITHOGRAPH COMPANY, Appellant, v. ANTON D. DIMOU, Respondent, and DIMOU BROS. & CO., INC., Defendant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JOHN FRANCIS STRAUSS and Another, Copartners, etc., Respondents, v. PINCUS